ERIC J. TROUTMAN (State Bar No. 229263)
ejt@severson.com
SEVERSON & WERSON
A Professional Corporation
The Atrium
19100 Von Karman Ave., Suite 700
Irvine, CA 92612
Telephone: (949) 442-7110
Facsimile: (949) 442-7118

MARK D. LONERGAN (State Bar No. 143622)
mdl@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendant
WELLS FARGO AUTO FINANCE, INC.

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY ALLEN, JR., Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>WELLS FARGO AUTO FINANCE, INC.,<br><br>Defendant. | Case No.: 3:10-cv-02657-W-JMA<br>Hon. Thomas J. Whelan<br>Ctrm.: 7<br><br>*- CLASS ACTION -*<br><br>**JOINT MOTION FOR DISMISSAL, WITH PREJUDICE**<br><br>Action Filed: December 23, 2010 |

WHEREAS Plaintiff in this case resolved has resolved his claims with Defendant on behalf of himself and all class members; and

WHEREAS Plaintiff and the class he seeks to represent in this case have been added as a Plaintiff in the related case of *Malta v. The Federal Home Loan Mortgage Corporation a/k/a FREDDIE MAC, and Wells Fargo Home Mortgage, Inc.,* Case No. 3:10-CV-1290 IEG (BLM). ("*Malta*"); and

1 | WHEREAS the settlement calls for the dismissal of this action, with
2 | prejudice; and

3 | WHEREAS a class wide settlement of the *Malta* action—including the relief
4 | sought by Plaintiff on behalf of himself and class members in this case—was
5 | approved on June 21, 2013 (see *Malta* Doc. No. 91); and

6 | WHEREAS Defendant has now fully funded the *Malta* settlement, including
7 | sums to pay the claims of class members in this case; and

8 | WHEREAS a FINAL JUDGMENT AND ORDER OF DISMISSAL WITH
9 | PREJUDICE was entered in the *Malta* case, which also ordered this case dismissed
10 | as well (see *Malta* Doc. No. 91);

11 | NOW THEREFORE the parties now jointly move for a dismissal of this
12 | action, in its entirety and with prejudice.

DATED: October 29, 2013

SEVERSON & WERSON
A Professional Corporation

By: *s/ Eric J. Troutman*
    Eric J. Troutman
Attorneys for Defendant
WELLS FARGO AUTO FINANCE, INC.

DATED: October 29, 2013

HYDE & SWIGART

By: *s/ Joshua Swigart*
    Joshua Swigart
Attorneys for Plaintiff
DANNY ALLEN, JR.

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Joshua Swigart, counsel for Danny Allen, Jr., and that I have obtained Mr. Swigart's authorization to affix his electronic signature to this document.

DATED: October 29, 2013

SEVERSON & WERSON
A Professional Corporation

By: _____
Eric J. Troutman
Attorneys for Defendant
WELLS FARGO AUTO FINANCE, INC.