# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY ALLEN, JR., Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>WELLS FARGO AUTO FINANCE, INC.,<br><br>　　　　　　　Defendant. | Case No: 10-CV-2657 W (JMA)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE [DOC. 27]** |

Pending before the Court is the parties' joint motion to dismiss this action with prejudice. Having reviewed the moving papers, and good cause appearing, the Court **GRANTS** the joint motion [Doc. 27] and **DISMISSES** this action **WITH PREJUDICE**.

**IT IS SO ORDERED.**

DATED: October 30, 2013

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Hon. Thomas J. Whelan
　　　　　　　　　　　　　　　　　　United States District Judge